In the Matter of the Petition of FRANCIS C. CLARK to punish BERNARD REILLY, Sheriff, etc., for Contempt

(Argued June 1, 1880; decided June 8, 1880.)

*A. C. Thomas* for motion.

*A. R. Dyett* opposed.

Agree to grant motion to dismiss appeal. No opinion.
All concur.
Appeal dismissed.

---

THE PEOPLE ex rel. ANDREW ZEISER et al., Appellants, *v.* MOSES KESSELL, Respondent.

(Argued June 1, 1880; decided June 8, 1880.

*Samuel Hand* for motion.

*John P Hudson* opposed.

Agree to deny motion to dismiss appeal. No opinion.
All concur.
Motion denied.